## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brandon Alfonso Campos Lozada, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>Haitech Works LLC,<br><br>    Defendant. | Case No. 24-CV-01041-AMN-DJS |

### Notice of Filing

**To:**  Haitech Works LLC
        *Defendant*
        c/o Registered Agents
        418 Broadway Ste R
        Albany, New York 12207

**PLEASE TAKE NOTICE** that on March 7, 2025, I caused to be filed the attached **Plaintiff's Motion for Default Judgment**, copies of which are hereby served upon you.

                                                    s/   Daniel I. Schlade

                                            **Justicia Laboral LLC**
                                            Daniel I. Schlade (5916697)
                                            Attorney For Plaintiff
                                            Justicia Laboral, LLC
                                            6232 N. Pulaski, #300
                                            Chicago, IL 60646
                                            773-550-3775
                                            Email: dschlade@justicialaboral.com

## Certificate of Service

I, Daniel I. Schlade, an attorney, certify that I caused this **Notice and Plaintiff's Motion for Default Judgment** to be filed with the Clerk of the Court on March 7, 2025, and I certify that I served this notice and documents by sending via regular mail to the attorneys/parties of record at their listed addresses below, and depositing the same in the U.S. Mail in Chicago on March 7, 2025, with proper postage prepaid:

>Haitech Works LLC
>*Defendant*
>c/o Registered Agents
>418 Broadway Ste R
>Albany, New York 12207

>s/   Daniel I. Schlade

>**Justicia Laboral LLC**
>Daniel I. Schlade (5916697)
>Attorney For Plaintiff
>Justicia Laboral, LLC
>6232 N. Pulaski, #300
>Chicago, IL 60646
>773-550-3775
>Email: dschlade@justicialaboral.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brandon Alfonso Campos Lozada, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Haitech Works LLC,<br><br>Defendant. | Case No. 24-CV-01041-AMN-DJS |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**

**Plaintiff** Brandon Alfonso Campos Lozada (Plaintiff"), by attorneys Daniel I. Schlade and Justicia Laboral LLC, submits this Motion For Default Judgment Pursuant to Federal Rule of Civil Pro. 55, and states:

1. This is a cause of action whereby Plaintiff seeks redress for unpaid overtime wages under the Fair Labor Standards Act (29 USC § 201, et. seq.). Dckt 1.

2. On August 28, 2024, Defendant Haitech Works LLC ("Defendant") was served via corporate service, at 418 Broadway, Ste R, Albany, New York 12207. Dckt. 5.

3. On October 14, 2024, Plaintiff moved for default. Dckt. 6. On October 15, 2024, the Court entered default against Defendant. Dckt 7.

4. Accordingly, Plaintiff now moves for a default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55; in support, Plaintiff tenders supporting documents.

5. Plaintiff is asking that a default judgment be entered in his favor in the amount of **$21,200.00** (representing FLSA unpaid wages and liquidated damages, and NYLL violations),

plus reasonable attorney's fees and costs. See Brandon Alfonso Campos Lozada's Affidavit of Prove- Up, attached as Exhibit 1.

7. Additionally, Plaintiff requests an award of reasonable attorney's fees and costs of suit in the amount of **$3,324.00** pursuant to 29 USC § 216(b) of the Fair Labor Standards Act. In support thereof, attached hereto as Exhibit 2 is the Petition for Attorney's Fees and Costs.

8. Additionally, in support of this Motion, Plaintiff attaches: (i) a Certificate of Default, attesting to the fact that Defendant has not entered an appearance in this case (See Exhibit 3); and (ii) An Affidavit as to Military Service establishing that the individual Defendant(s) is/are not on current active duty with the US Armed Forces (See Exhibit 4).

**WHEREFORE**, Plaintiff Brandon Alfonso Campos Lozada respectfully requests that this Motion be granted, and that the Court enter a default judgment in the amount of **$24,524.00** against Defendant Haitech Works LLC, and that the Court enter any other relief deemed just or necessary.

                                                  s/  Daniel I. Schlade
**Justicia Laboral LLC**
Daniel I. Schlade (5916697)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com

2