IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brandon Alfonso Campos Lozada, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Haitech Works LLC,<br><br>Defendant. | Case No. 24-CV-01041-AMN-DJS |

**PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**

**Plaintiff** Brandon Alfonso Campos Lozada (Plaintiff"), by attorneys Daniel I. Schlade and Justicia Laboral LLC, submits this Motion For Default Judgment Pursuant to Federal Rule of Civil Pro. 55, and states:

1. On October 25, 2025, Plaintiff filed an Amended Complaint seeking redress for unpaid overtime wages under the Fair Labor Standards Act (29 USC § 201, et. seq.), as well as for violations of the New York Labor Law, Section 190, *et. seq.* ("NYLL").  Dckt. 18.

2. Defendant Haitech Works LLC ("Defendant") was served on November 5, 2025, via corporate service, at 418 Broadway, Ste R, Albany, New York 12207.  Dckt. 21.

3. On December 8, 2025, Plaintiff moved for default.  Dckt. 22.  On December 9, 2025, the Court entered default against Defendant. Dckt. 23.

4. Accordingly, Plaintiff now moves for a default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55; in support, Plaintiff tenders supporting documents.

5. Plaintiff is asking that a default judgment be entered in his favor in the amount of **$21,200.00** (representing FLSA unpaid wages and liquidated damages, and NYLL violations),

1

plus reasonable attorney's fees and costs. See Brandon Alfonso Campos Lozada's Affidavit of Prove- Up, attached as Exhibit 1.

      7.      Additionally, Plaintiff requests an award of reasonable attorney's fees and costs of suit in the amount of **$3,324.00** pursuant to 29 USC § 216(b) of the Fair Labor Standards Act. In support thereof, attached hereto as Exhibit 2 is the Petition for Attorney's Fees and Costs.

      8.      Additionally, in support of this Motion, Plaintiff attaches: (i) a Certificate of Default, attesting to the fact that Defendant has not entered an appearance in this case (See Exhibit 3); and (ii) An Affidavit as to Military Service establishing that the individual Defendant(s) is/are not on current active duty with the US Armed Forces (See Exhibit 4).

      **WHEREFORE**, Plaintiff Brandon Alfonso Campos Lozada respectfully requests that this Motion be granted, and that the Court enter a default judgment in the amount of **$24,524.00** against Defendant Haitech Works LLC, and that the Court enter any other relief deemed just or necessary.

      s/ Daniel I. Schlade
**Justicia Laboral LLC**
Daniel I. Schlade (5916697)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brandon Alfonso Campos Lozada, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Haitech Works LLC,<br><br>Defendant. | Case No. 24-CV-01041-AMN-DJS |

### Notice of Filing

To:   Haitech Works LLC
    *Defendant*
    c/o Registered Agents
    418 Broadway Ste R
    Albany, New York 12207

**PLEASE TAKE NOTICE** that on January 8, 2026, I caused to be filed the attached **Plaintiff's Second Motion for Default Judgment**, copies of which are hereby served upon you.

                                          s/   Daniel I. Schlade

**Justicia Laboral LLC**
Daniel I. Schlade (5916697)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com

**Certificate of Service**

I, Daniel I. Schlade, an attorney, certify that I caused this **Notice and Plaintiff's Second Motion for Default Judgment** to be filed with the Clerk of the Court on January 7, 2026, and I certify that I served this notice and documents by sending via regular mail to the attorneys/parties of record at their listed addresses below, and depositing the same in the U.S. Mail in Chicago on January 7, 2026, with proper postage prepaid:

Haitech Works LLC
*Defendant*
c/o Registered Agents
418 Broadway Ste R
Albany, New York 12207


s/ Daniel I. Schlade

**Justicia Laboral LLC**
Daniel I. Schlade (5916697)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com